| | | | |
|---|---|---|---|
| AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint Officer: | Hector Rivera | Telephone: | (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.
Genry SANCHEZ-RAMOS

Case No. 2:25−mj−30411
Assigned To : Unassigned
Assign. Date : 6/26/2025
Description: CMP USA v
Sanchez−Ramos (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 24, 2025__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about June 24, 2025, in the Eastern District of Michigan, Southern Division, Genry SANCHEZ-RAMOS, an alien from Guatemala, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about September 7, 2023, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Hector Rivera, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 26, 2025__

City and state: __Detroit, MI__

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Genry SANCHEZ-RAMOS, an alien who has previously been removed from the United States on or about September 7, 2023, at or near Alexandria, Louisiana, and was thereafter found in the United States on or about June 24, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to SANCHEZ-RAMOS. I have not included every fact known to law enforcement related to this investigation.

4. SANCHEZ-RAMOS is a thirty-three-old citizen and native of Guatemala who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On April 08, 2021, the 14A2 District Court in Ypsilanti, Michigan, convicted SANCHEZ-RAMOS on misdemeanor Domestic Violence charges, in violation of MCL 750.81(2) and sentenced him to a term of 1 day in jail and 14 months of probation.

1

6. On or about May 23, 2021, Immigration and Customs Enforcement (ICE) Officers encountered SANCHEZ-RAMOS at or near Ypsilanti, Michigan and served him with an I-862, Notice to Appear. On June 15, 2021, an Immigration Judge in Detroit, Michigan ordered SANCHEZ-RAMOS removed to Guatemala. On or about July 02, 2021, ICE removed SANCHEZ-RAMOS from the United States to Guatemala via the Alexandria, Louisiana port of entry.

7. On or about July 13, 2023, ICE Officers encountered SANCHEZ-RAMOS at or near Monroe, Michigan and served him with an I-871, Notice of Intent/ Decision to Reinstate Prior Order. On September 07, 2023, ICE removed SANCHEZ-RAMOS from the United States to Guatemala via the Alexandria, Louisiana port of entry.

8. On June 24, 2025, the ICE/HSI Task Force Team traveled to the area of Ridge Rd. and Mott Rd. in Ypsilanti, Michigan in search of a targeted individual with an approved Field Operations Worksheet. At approximately 06:00 a.m., a male subject matching the physical description of our target departed the residence in a Black-colored Chevrolet Silverado bearing Michigan plate DYF841. Officers initiated a vehicle stop at or near Ridge Rd and Clark Rd in Ypsilanti, Michigan to identify the male based on the reasonable suspicion that this individual matched the description of the target seen exiting the residence. Officers identified themselves, contacted the occupants and requested identification.

9. SANCHEZ-RAMOS stated his name to be Genry SANCHEZ-RAMOS, and stated he is a citizen and national of Guatemala. Officers placed SANCHEZ-RAMOS under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

10. Deportation Officers transported SANCHEZ-RAMOS to the Detroit Field Office for processing. The arrest and subsequent detention of SANCHEZ-RAMOS was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. SANCHEZ-RAMOS' fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Genry SANCHEZ-RAMOS, a native and citizen of Guatemala who had previously been removed from the United States.

12. A review of SANCHEZ-RAMOS's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that SANCHEZ-RAMOS did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on September 7, 2023.

13. On June 24, 2025, ICE-ERO served SANCHEZ-RAMOS with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

14. Based on the above information, I believe there is probable cause to conclude that Genry SANCHEZ-RAMOS is an alien who has previously been removed from the United States on or about September 7, 2023, at or near Alexandria, Louisiana and was thereafter found in the United States on or about June 24, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

*Complainant's signature*

Hector Rivera, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

June 26, 2025

4